IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CAROL ANN LEON,

      Appellant,

 v.
                        Case No.  5D22-924
                        LT Case No. 2007-CF-061265-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 30, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Carol A. Leon, Satellite Beach, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.